# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FILED / SERVED ON

2013 SEP 23 P 3:39 / 10/18/13

Return to: United States District Court
333 Las Vegas Blvd. South, Room 1334
Las Vegas, Nevada 89101
ATTN: Jeff Miller

Reference: U.S.A. vs. Antonio Rus
2:13-mj-0231-PAL

Sentencing date 9/18/13

I, Simona Rus, legal owner of the $ 300 cash bond posted in the above referenced matter and now on deposit with the Clerk's Office.

X   hereby authorize said bond money to be applied to the fine imposed by the Court.
    OR
___ hereby request that said bond money be returned to me at the address below.

**IMPORTANT:** THIS FORM MUST BE FILLED OUT COMPLETELY, NOTARIZED AND RETURNED TO THE COURT OR THE BOND MONEY POSTED WILL NOT BE RELEASED OR APPLIED TOWARD THE FINE.

_____
Signature of Legal Owner

7077 FORT UNION CT.
Legal Owner's Mailing Address

LAS VEGAS NV. 89179
City, State and Zip Code

Dated: 09-20-2013

STATE OF NEVADA, COUNTY OF CLARK

SUBSCRIBED AND SWORN to before me
on this 20 day of SEP, 2013

_____
Notary Public / Deputy Clerk

(Notary seal: EDDIE LARUE, Notary Public State of Nevada, No. 93-1085-1, My Appt. Exp. March 15, 2017)

## DO NOT WRITE BELOW THIS LINE - FOR COURT USE ONLY

IT IS THE ORDER OF THE COURT that the cash bond posted 2/20/13, receipt # 17218 in this matter is discharged and surety released. Pay proceeds of cash bond to:

Central Violations Bureau      $_____
Legal Owner                    $_____
United States District Court   $ 300.00

DATED: 9/26/13

_____
United States Magistrate Judge

I hereby attest and certify on 10/04/13 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

U.S. Magistrate Judge, District of Nevada

By _____ Deputy Clerk

To Finance: 10/04/13

BailReleaseFormRevApr2007.wpd